Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

FEB 20 2020

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Darius Sledge, a/k/a Ace, a/k/a Man Man, a/k/a Frank, a/k/a Frank Love, a/k/a Gary, a/k/a Bill<br>*Defendant* | Case No. 3:20-cr-42-02 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darius Sledge,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Money Laundering Conspiracy;
Maintaining a Drug-Involved Premise;
Possession with Intent to Distribute Oxycodone;
Aiding and Abetting; and
Forfeiture ALlegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 2/20/2020, and the person was arrested on (date) 7/14/2020
at (city and state) Detroit, MI.

Date: 7/17/2020

*Arresting officer's signature*

Brad Flaa    SDUSM
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____